James C. Hardy v. Commissioner.
Hardy v. Commissioner
Docket No. 12911.
United States Tax Court
1948 Tax Ct. Memo LEXIS 49; 7 T.C.M. (CCH) 805; T.C.M. (RIA) 48219; October 29, 1948
*49 Milton Cades, Esq., and Urban E. Wild, Esq., 400 Bishop Trust Bldg., Honolulu, T.H., for the petitioner. Owen W. Swecker, Esq., for the respondent. MURDOCK Memorandum Opinion MURDOCK, Judge: The Commissioner determined a deficiency in income tax of $2,170.66 for 1943. The only issue raised by the petition relates to the credit made by the Commissioner as a result of a closed renegotiation of excessive profits. The parties agree that this is the same issue decided by this Court in Baltimore Foundry & Machine Corporation, 7 T.C. 998. The Court follows that decision herein. Decision will be entered for the respondent.